September 19, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

PAMELA JOHNSON, Appellant

NO. 14-17-00574-CV                    V.

TEXAS MUTUAL INSURANCE; TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION; W. RYAN BRANNAN, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE DEPARTMENT OF WORKERS' COMPENSATION; AND TIFFANY DUARTE, ET AL.CAPACITY AS DIRECTOR OF DIV, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 2, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Pamela Johnson.

We further order this decision certified below for observance.